UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NICOLA TAVOLONI,

                               Plaintiff,         **NOTICE OF APPEARANCE**

    - against -

FIRST UNUM LIFE INSURANCE COMPANY        08 CV 0250 (VM)
and UNUMPROVIDENT,

                             Defendants.
-----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that McCormick Dunne & Foley, by the undersigned, hereby appears as counsel for plaintiff NICOLA TAVOLONI in the above-captioned action.

Dated:      New York, New York
             February 1, 2008

                                                       Yours, etc.,

                                                       MCCORMICK DUNNE & FOLEY

                                                       By:    s/_____
                                                             Patrick F. Foley (PF 3311)

                                                     Attorneys for Defendant
                                                   Office and P.O. Address
                                                   61 Broadway, Suite 1030
                                                   New York, New York  10006
                                                   (212) 363-1300