UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08
```

---

NICOLA TAVOLONI,

      Plaintiff,

vs.

FIRST UNUM LIFE INSURANCE COMPANY, UNUMPROVIDENT,

      Defendants.

Civil Action No.: 08-cv-0250

---

## CIVIL ACTION – STIPULATION AND ORDER

---

The undersigned attorneys for plaintiff, Nicola Tavoloni and defendant, First Unum Life Insurance Company ("First Unum"), hereby agree and stipulate that the time in which First Unum may file an Answer, move or otherwise respond to the Complaint be and the same hereby is extended to February 22, 2008.

The parties stipulate and agree to the form and content of the above:

**McCormick Dunne & Foley**
Attorneys for Plaintiff
Nicola Tavoloni

By: _____
Christopher Foley, Esq. (CF 6079)

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
First Unum Life Insurance Company

By: _____
Steven P. Del Mauro, Esq.

SO ORDERED. 13 February 2008

_____
Honorable Victor Marrero, U.S.D.J.