UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08
```

NICOLA TAVOLONI,

    Plaintiff,

vs.

FIRST UNUM LIFE INSURANCE COMPANY, UNUMPROVIDENT,

    Defendants.

Civil Action No.: 08-cv-0250

## CIVIL ACTION – STIPULATION AND ORDER

The undersigned attorneys for plaintiff, Nicola Tavoloni and defendant, First Unum Life Insurance Company ("First Unum"), hereby agree and stipulate that the time in which First Unum may file an Answer, move or otherwise respond to the Complaint be and the same hereby is extended to March 7, 2008.

The parties stipulate and agree to the form and content of the above:

McCormick Dunne & Foley
Attorneys for Plaintiff
Nicola Tavoloni

By: _____
Christopher Foley, Esq.

McElroy, Deutsch, Mulvaney &
Carpenter, LLP
First Unum Life Insurance Company

By: _____
Steven P. Del Mauro, Esq.

SO ORDERED. 26 February 2008

_____
Honorable Victor Marrero, U.S.D.J.

# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Hon. Victor Marrero<br>Christopher Foley | FAX:<br>212-805-6374<br>212-363-8762 |
|---|---|
| **From:** Steven P. Del Mauro | **Date:** February 26, 2008 |
| **Client Number:** u4335 | **Matter Number:** 1301 |
| **RE:** Tavoloni v. Unum | **# of Pages:** 3<br>(Including Fax Cover Sheet) |
| If you do not receive all pages, please contact Bridgett at (973) 993-8100 X8793 ||

Notes/Comments:

Please see attached correspondence and stipulation and order.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVELEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECEPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIEN, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELBY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

NEWARK, NEW JERSEY    RIDGEWOOD, NEW JERSEY    NEW YORK, NEW YORK    DENVER, COLORADO    PHILADELPHIA, PENNSYLVANIA