| USDS SDNY | McCORMICK DUNNE & FOLEY |
|---|---|
| **DOCUMENT** | ATTORNEYS AND COUNSELORS AT LAW |
| **ELECTRONICALLY FILED** | 61 BROADWAY – SUITE 1030 |
| DOC #: _____ | NEW YORK, NEW YORK 10006-2730 |
| DATE FILED: 4/2/08 | 212-363-1300 |
| | 212-363-8762 (FAX) |

AFR – 2 2008

CHRISTOPHER P. FOLEY
cfoley@mdflawfirm.com

April 2, 2008

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

Re:   Tavoloni v. First UNUM Life Insurance Company, et al.
      Case No.: 08 Civ. 00250 (VM)

Dear Judge Marrero:

We represent plaintiff Nicola Tavoloni in the above-referenced action, with respect to which Your Honor issued a 30-day conditional order of discontinuance on March 4.

We write to report that while settlement documents have been prepared and executed by plaintiff, counsel for the defendants advises that to date he has only been able to secure the signature of one of his two clients. Accordingly, in order to allow counsel additional time to secure the other signature, the parties jointly request that the discontinuance contemplated by the order be postponed for two (2) weeks (which would make April 17 the new deadline to complete and submit paperwork).

Request GRANTED. The Conditional Order of Discontinuance herein is amended to extend until _4-17-08_ the date by which plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

3-2-08
DATE                    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

MCCORMICK DUNNE & FOLEY

By: _____
    Christopher P. Foley (CF 6079)

cc:   **VIA EMAIL**
      Steven P. Del Mauro, Esq.
      McElroy, Deutsch, Mulvaney & Carpenter, LLP